UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES-GENERAL

Priority ___
Send     X
Enter    ___
Closed   ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

Case No. CR 02-252 NM                    Date April 29, 2002

PRESENT: HON. NORA M. MANELLA, JUDGE

| C. Kevin Reddick | Sharon Seffens | N/A | Sally Meloch |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

U.S.A. v (Defendants listed below)                    Attorney for Defendants

(1) Byron Ong                                         (1) Michael Garcia, DFPD
    X present  X custody  bond  OR                        X present  X appointed  retained

PROCEEDINGS: Status Conference

The attorney for the defendant informs the Court that defendant will be changing his plea. A change of plea hearing is scheduled for May 1, 2002 at 4:00 p.m. The plea agreement shall be filed with courtesy copies outside chambers as soon as possible.

ENTER ON ICMS
MAY ___ 2002
5-2-02

cc: counsel

MINUTES FORM 6                                    INITIALS OF DEPUTY CLERK ___
CRIM-GEN                                          D-M


received 5-1-02


24