CLERK, U.S. DISTRICT COURT
MAY 18 2007
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

21059-112

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

F10-1104350

| United States of America, | CASE NUMBER: |
|---|---|
| Plaintiff(s) | CR02-00252-RHW |
| v. | |
| BYRON ONG | **WARRANT FOR ARREST** |
| Defendant(s) | |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest _____BYRON ONG_____

and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐ Complaint ☐ Indictment
☐ Information ☐ Order of Court ☒ Violation Petition ☐ Violation Notice

charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

Violation of Post Sentence Bond Supervision

RECEIVED
'07 MAY 16 A10 :45
U.S. MARSHALS SERVICE
RIVERSIDE, CALIF.

in violation of Title __18__ United States Code, Section(s) __3148__

| Sherri R. Carter | |
|---|---|
| NAME OF ISSUING OFFICER | MAY 16 2007 IN Riverside, CA |
| Clerk of Court | |
| TITLE OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| [signature] | BY: **OSWALD PARADA** |
| SIGNATURE OF DEPUTY CLERK | NAME OF JUDICIAL OFFICER |

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

ARRESTED WITHIN THE C/CA
BY: USMS
ON: 3/16/07
SIGNED: [signature]

DATE RECEIVED _____ NAME OF ARRESTING OFFICER _____
DATE OF ARREST _____ TITLE _____
DESCRIPTIVE INFORMATION FOR DEFENDANT
CONTAINED ON PAGE TWO _____ SIGNATURE OF ARRESTING OFFICER _____

**WARRANT FOR ARREST**

CR-12 (07/04)  PAGE 1 of 2