PROB 12
(Rev. 11/04)

# United States District Court
for
CENTRAL DISTRICT OF CALIFORNIA



U.S.A. VS. BYRON ONG                                      Docket No. CR02-00252-RHW

### Petition on Probation and Supervised Release (Modification)

COMES NOW LORETTA S. MARTIN, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>BYRON ONG</u> who was placed on supervision by the Honorable <u>ROBERT H. WHALEY</u> sitting in the Court at <u>Los Angeles, California</u>, on the <u>15th</u> day of <u>May, 2008</u> who fixed the period of supervision at <u>20 months</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s). **The original term of supervision imposed in this case on July 22, 2002, was revoked on May 15, 2008**.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Byron Ong has violated the conditions of supervision by premature termination from the Residential Re-entry Center and is in need of sanction and continued monitoring.

Byron Ong and defense counsel consent to modification and waive a personal appearance before the Court.

**PRAYING THAT THE COURT WILL ORDER** The defendant shall participate for a period of three months in a home detention program component of the Location Monitoring Program, which may include electronic monitoring, GPS, Alcohol Monitoring Unit or automated identification system; the defendant shall observe all rules of such program, as directed by the Probation Officer. The defendant shall maintain a residential telephone line without devices and/or services that may interrupt operation of the monitoring equipment. All fees are waived as the defendant does not have the ability to pay.

It has been determined that monitoring transmitters may adversely affect pacemakers and other electronic implant devices. The defendant shall notify third parties likely to be at risk and shall permit the Probation Officer to confirm compliance with such notification requirement.

|  |  |
|---|---|
| ORDER OF COURT<br><br>Considered and ordered this 17th day of April, 2009 and ordered filed and made a part of the records in the above case.<br><br>_____<br>United States District Judge<br>ROBERT H. WHALEY | Respectfully,<br><br>_____<br>NOELLE E. JONES<br>U. S. Probation Officer<br>Place:    Woodland Hills, California<br>Approved:  WILL BLANKLEY III<br>               Supervising U.S. Probation Officer<br>Date:     April 9, 2009 |